Good morning, Your Honors, may it please the Court, Krista Cobble-Packman on behalf of Plaintiff Appellants, and I'd like to reserve five minutes of time for rebuttal. Five hundred times. That's how many times the plaintiffs in this case have notified Reddit that they or their daughters were depicted in child pornography on Reddit's website. And for five of those underage girls, the Reddit moderator is the trafficker who uploaded the photos. Okay, Ms. Packman, don't you have to establish a 1591 violation before you can be successful on the 1595? We have to plead that there was a 1591 violation here, Your Honor, and there absolutely was because these victims were trafficked by the Reddit moderators. And at the same time, we pleaded a section 1591 violation as to Reddit for its beneficiary liability in that conduct as well. What did the moderators do to traffic the minors? So in the case of Jane Doe 1, the moderator enticed Jane Doe 1 to perform insexual acts, and on account of those acts, he received something of value, the pornographic videos, which he then posted to Reddit. That was the moderator? In that case, it was not the Reddit moderator. In that case, it was a trafficker who uploaded the materials to Reddit. In the case of Jane Doe 2 through 6, the Reddit moderator is the man who is also the trafficker, and he... But he didn't do anything in terms of actually sex trafficking the minor, did he? Of course, Your Honor, because under section 1591, any commercial sex act can hold someone liable under section 1591. But is the posting of a picture a commercial sex act? So I would say, Your Honor, absolutely, the posting of the picture is a commercial sex act, and that's been held in Twitter and in MindGeek, but beyond that, you have a commercial sex act in the obtaining of the child pornography and creation of child pornography. But that's not what, again, arguendo. That's not what Reddit's doing. Somebody else is doing it and posting it on Reddit. So that's what I struggle with, is no question if you had a direct liability issue, the people who are doing this, no question there's a claim. The question is, how much do you have to show that Reddit was involved? They turned a blind eye. They certainly did. Is that enough under the statute? Absolutely, Your Honor, and the way that Reddit was involved here, as I'll explain throughout my presentation, but there is a specific link to Reddit's conduct, turning a blind eye and knowing about this child sexual exploitation, and Reddit actually receiving profits. We allege... And what profits did they receive, other than the general profits they receive from everything that gets posted on Reddit? Your Honor, in paragraph 235 of our complaint, we direct the court that there are specific subreddits that we have listed in our complaint where the child pornography was posted and where the victims and their parents notified Reddit that there was child pornography, and Reddit had advertisements on those specific subreddits and generated advertising revenue as a result. And that's... I'm sorry. No, go ahead. Finish your sentence. That's in addition to the receipt of other benefits like web traffic and user data that are tied to all of these various subreddits while the child pornography has been posted. Okay. If you look at 18 U.S.C. 1591, that's where you get the civil remedy of the, what is it, the 1895. But there's mainly pornography on Reddit, is that right? There is pornography on Reddit, and the... Child pornography. Yes, Your Honor. And isn't there a specific remedy for pornography by itself in the statute? So there is a remedy for distribution of child pornography under section 2252A, but there is also, many courts have convicted defendants both under section 1591 and section 2252A because those crimes are often treated together, because child pornography also falls under section 1591. That conduct was recognized by Haas and Tollefson, both of which are cited in our briefs, that child pornography certainly falls within the scope of section 1591A. Okay, and there's a number of cases that disagree with that, too. Isn't that right? No, Your Honor. I don't think there are any cases that say child pornography does not fall within section 1591. Indeed, I think cases like Noble recognize that your typical child pornography, your typical section 1591 case would be something like child pornography or forced prostitution. I think the question is maybe whether the immunity under section 230 applies or not. So there are cases that have gone the other way in terms of determining that you have to plead that the defendant's conduct is what gives rise to the liability under section 1595, but as I'll explain, that's incorrect for a number of reasons, and the court should apply a constructive knowledge standard here. First, the exception to section 230E5A does not say defendant's conduct. Second, at the same time Congress narrowed section 1595D, it expressly did not narrow section 230E5A. Third, Reddit's reading makes the language in section 1595 of new or should have known superfluous. Fourth, Reddit's reading renders the section 230C2A carve-out meaningless, because how is it that someone who is participating knowingly in a sex trafficking venture could also take advantage of the Good Samaritan exception, because they're not acting in good faith? And finally, that the district court improperly adopted the narrowest possible reading of the remedial statute. And I'll address each of those in turn. These arguments that you're just laying out seem to, you see, I thought you were trying to argue initially that section 230 just doesn't apply here at all, because it doesn't apply when the underlying claim concerns a violation of 1591 or child pornography. Am I misunderstanding that? I'm not sure I understood your question, Your Honor, but... Well, I thought there was, there's immunity under section 230, right? So under section 230E5A, there is no immunity under section 230 where the crime falls under the scope of section 1595. Right. But I, but you're now, I mean, there's two arguments. Your highest level argument, I thought, was when you looked at the language of under, when there's a claim under 1595 that, that no, no immunity applies. Well, and the dispute, I think, that we're having is... But whether that claim has to be against Reddit, whether they had to have been guilty of criminal liability or whether anyone had to be guilty. Right. So the question is, if you're asserting that 1595 civil beneficiary claim against Reddit, do you have to satisfy that knowing mens rea standard as to Reddit by demonstrating that they also committed a crime under section 1591? But your arguments seem to assume that you do have to meet that standard. No, Your Honor. We have to show that there is constructive knowledge on part of Reddit, not that that knowing mens rea standard applies, because all we have to demonstrate is that someone violated section 1591. But if we disagree with you on that argument... That's what I'm interested in. I don't know about my panelists, but I'm interested in hearing where they knowingly violated. And what you started out with saying was, here's moderators who were apparently taking the pictures and uploading them onto Reddit. Is that the claim you're, those are the facts that you've alleged? So that is certainly one fact. There are a number of facts that demonstrate the knowing mens rea... Let's start with the moderators. The moderators are not employees of Reddit. Is that correct? Correct that the moderators are not employees. However, in this case, we have alleged that Reddit employees were also notified about the presence of... They were notified, but there's no allegation that the employees themselves were uploading these photos. Not that the employees were uploading the photos, but that the anti-evil team, which is the team of Reddit employees who are responsible for moderation, when they learned about the child pornography, they told the plaintiffs, please stop contacting us. We don't want to hear from you anymore. So this was a situation where the Reddit employees were notified over and over again about the existence of this child pornography. They could have used photo DNA technology, a readily available and free technology to prevent these photos from being uploaded again. They could have banned the trafficker's IP address, but they didn't do any of that. So is it their burden to do that? Absolutely, Your Honor. Under Section 230E5A, they are no longer protected. They're no longer given Section 230 immunity unless they're proceeding in good faith and following the Good Samaritan exception to Section 230. I don't actually read it that way. I read it to say if they don't have knowledge... I mean, look, it is a sad state of how the statute sets this up. But if they're not taking action and they don't have knowledge, then they don't have an independent duty. It's not a negligent standard. And what you seem to be suggesting is that a negligent standard should be enough. And I'm not sure that a negligent standard is enough if we assume that the conduct has to be...the underlying claim has to be Reddit's own actions, not third-party actions. Well, so, Your Honor, I think that there's kind of three different tiers of ways to think about this. If you have a company who is acting in good faith and is undertaking good faith efforts to moderate content, they're not liable. But good faith is a negligent standard. Well, so then above that, there is the tier of constructive knowledge, of known or should have known. So having proliferation of child porn on your website, seeing subreddits with titles like jailbait, too cute for porn, just countless examples through your website. And they weren't taking any action. They were not taking any action, Your Honor. And then I think above that is the tier of knowing conduct. And that is even what we've satisfied here. Actual participation. Actual participation. Is there any theory under which the moderators themselves, the action would be attributable directly to Reddit? Or you're not making that argument? I just don't know how these moderators work. I mean, there's some oversight over them, I take it. Yes, Your Honor. I mean, Reddit has intentionally set up its website so that it has the first line of defense as volunteer moderators who are determining whether or not things are supposed to be taken down. And Reddit has intentionally trained those moderators poorly. And on top of that, at the various tiers that you go through on top of moderators, once you get to administrators and anti-evil team who are actual Reddit employees and not volunteer moderators, Reddit is not taking appropriate conduct or any conduct for that matter to deal with this issue. I appreciate your giving me your sense of the following. This is just me talking. It's very clear that you and your friendly opponents strongly disagree about the meaning of the statute. So let's just assume it's not plain. It's ambiguous. So you've got the purpose of the statute, which seems to fit in your area. But the legislative history is just devastating to you, in my opinion, because what they originally had in the House, you would have been right on. Everything you've been saying, you would have absolutely won. But they changed it. And by the time they got done, the representative, Ann Wagner, said that the bill has passed and said no website is immune from civil liability for knowingly facilitating the sale of trafficking victims. She just figured we didn't really accomplish very much here. That's what I'm struggling with as an ethical, moral thing. Totally understand. But we have to consider a statute. And I think the statute creates a real problem here for you because it seems like you are saying that by turning a blind eye, they are responsible for 1591 violations. I'm having trouble with that. Help me with that. Sure. Thank you, Your Honor, for that opportunity. I think with legislative history, as we've discussed, the first thing the court should do is look to the language of the statute. And we do believe that it's unambiguous for reasons stated in Twitter and Mindy. Are you serious? But with that in mind, as to legislative history, both sides have certainly presented arguments of why they think the legislative history goes one way or the other. And I think that what's really important to take into account is that Reddick has woven these references to the knowing mens rea standard throughout their brief. It's unsurprising that in the legislative history of the FOSTA-SESTA package, there are many references to the knowing mens rea standard because there were so many components of that legislation. You have Section 2421A. You have legislators debating whether or not what should be the standard in terms of states' prosecutions of criminals. You have a determination of the participation in a venture standard under Section 1591. What you've really got here, though, and again, this is maybe a bad thing about our system, is some very powerful people with very powerful lobbyists in Washington. And they did a really good job here. And that's what we're stuck with, is what they did. But we have to live with what they did, right? Well, Your Honor, I think in terms of what they did, if you look under the microscope, the legislative history is not, as it appears in Reddick's brief, because none of the language in the legislative history is actually talking about this language under Section 230E5A, about the conduct underlying the claim. And if I may, I'd like to refer to Your Honor's example about Representative Wagner and her testimony because that was actually referenced, I'm sure, inadvertently, but it was incorrectly stated in Reddick's brief. They stated that that testimony came in 2018. But that testimony actually came November 30th, 2017. And the reason that matters is because the language that we're debating today was enacted and proposed to Congress January 10th, 2018. So at the time that Representative Wagner made her statements about the knowing mens rea standard, the statute, that language, wasn't even before the Congress. Oh, good point. Okay. I share Judge Smith's concern here. And when we talk about the legislature, there's the trafficking issue that you're trying to prove. And it's got its own civil remedy, which is the 1595. And there's pornography that's here that Reddick has. I mean, there's no doubt about that. But there's a specific remedy for pornography, for those who are victims of pornography. And what you have to prove is that somebody's been injured in some way, that there's some physical injury. Do you agree with that? Your Honor, I don't agree that you have to show a physical injury. The statute says that you have to show that they knowingly participated in this venture and that they knew that someone was going to be caused to engage in a commercial sex act. And it was under the age of 18. We've absolutely demonstrated that here by showing that these child pornography victims were caused to engage in these commercial sex acts, which were further commercialized by posting this pornography onto Reddit. Let's do this. Since we only have two argued cases, we'll give you three minutes to come back with a rebuttal. Let's hear from your opponent, and we'll give her a generous time as well, because this is an important matter. So why don't you have a seat, and we'll have you come back in a minute. Thank you, Your Honor. Thank you. Good morning. May it please the Court. The N.A. Evangelist on behalf of Reddit. There's no dispute here that the third parties who allegedly shared images of plaintiffs committed despicable criminal acts. Their actions are repugnant. They violate the law and Reddit's policies. There's also no dispute, however, that plaintiffs are seeking to hold Reddit liable as the publisher of that content, which was independently created and later posted on Reddit by those third parties. But I see that. I don't think that's all that they're seeking. And you may be right about that on the publishing part. But they're also seeking to hold you liable for knowingly looking the other way, knowing that there's child pornography on there, and not taking any action. And there is some case law that suggests that at some point that becomes actionable, even if Section 230 liability applies. How do we differentiate where that liability kicks in? Thank you, Your Honor. There is no dispute here that Section 230 applies, so plaintiffs have to meet under FOSTA. They have to satisfy 1591. And they have not shown under that statute. That requires knowing participation and a knowing benefit. And they don't come anywhere close to that. At most, their argument is that Reddit did not do a good enough job in removing the content that was posted by third parties. There's no sex trafficking here in the first place. The standard that they have to prove, Your Honor, is, and I would direct the court to the Sixth Circuit's decision in AFIARE. I think that is the best case on Section 1591 and what it means to knowingly participate. And in that case, the defendant was alleged to have turned a blind eye, and the court gave the example of the soccer team that was, you know, they knew the money was coming from a sex trafficking venture but still went along with it in that case. We have nothing that even comes close to that here. What we just heard was there's moderators that are working with Reddit who are taking pictures of the child pornography and posting it. That doesn't strike me as completely out of the realm of potential liability. First, Your Honor, I'm glad you brought up the moderator's point because I wanted to get to that. There is no dispute here that the moderators are third parties. They are lay moderators. That's what the plaintiff says in the complaint. I understand that. I understand that. And it, you know, Reddit is, well, I understand some of that, but I want to understand what role they have because they're not paid. They're not even independent contractors, right? They're just volunteers out there. And the problem is, but they are overseen and they're managed by Reddit employees. Isn't that correct? They're not managed in the sense they're not agents. They are just themselves content creators, so they are creating subreddits and communities that. . . Moderators are content creators. They are. They're not monitoring other content. Absolutely. They're not applying the policies. Well, they're supposed to. . . Everyone is supposed to comply with Reddit's policies, and it has a policy against all of them. But there's a difference between complying with the policies and enforcing the policies. Do moderators have a responsibility to enforce Reddit's policies? No. They are not Reddit's agents enforcing a policy in the sense that we would think of in, say, an employment context or anything even coming close to that. There are policies that Reddit has. And in the complaint itself, Your Honor, I want to be very clear. Plaintiff's counsel said here today that moderators were the people creating the photos and posting them. That's not actually in the complaint. The complaint at paragraph 165 says they might be. At one point later it says almost certainly. . . I don't even allege on information and belief in this complaint as far as I know. And Judge Selma gave them an opportunity to amend. They did not take it. So this was the best that they could come up with with respect to moderators, and that's just far afield. So you're saying that their complaint does not include an allegation that the moderators were content creators? That they created this content? What they said is, at one point, might be and almost certainly, but it's speculation, Your Honor. So it really does come down to that. But here, if we go back to the fact that there is no sex trafficking enterprise here in the first place, these are despicable acts. It's the creation of child pornography, and it is, again, it violates the policy. It's despicable. But the whole point of Section 230, immunity, if we look at this court's en banc decision in roommates, if we look at the Gonzalez decision over and over again, the court has said that we actually rely on 230, immunity, to enable platforms like Reddit to take this content down. And actually, there are many instances in the complaint, paragraphs 148 to 49, 171 to 72, where Reddit did take down much of this content. We are dealing with a platform here that is worlds away from the bad actors in Backpage that motivated FOSTA. That's kind of the question that I'm asking is, is it only, I mean, is your position, you agree with the analysis in Backpage, and do you agree with the analysis in Backpage that there is a way in which this could be so prevalent that Reddit could be held liable? I think Backpage is the quintessential example, Your Honor, of someone who's violating 1591. Because in that case, they actually set it up with the exact intent of doing this. And you're saying Reddit has thousands of subreddit pages, and maybe 100 of them have, I mean, I don't know what the numbers are, but it's a smaller universe. But where do we get into, where's the limit? What if half of the Reddit websites were child pornography? Would that be enough to impose liability? Well, Your Honor, you'd have to show that there was some knowing participation and knowing benefit. And here, this obviously is a hugely diverse website that has 50 million users every day that are using it for all forms of lawful speech. This doesn't even come close. And Congress was trying to strike the balance here with FOSTA between promoting free speech and preventing crime. These are tough policy questions. But here, we don't have anything close to showing that there is actually sex trafficking going on. There may be the creation of child pornography, which is— How is that not sex trafficking? I don't understand the difference between that being sex trafficking. I mean, if they're involved in child pornography, wouldn't that plausibly be sex trafficking in and of itself? Well, Your Honor, what sex trafficking is under Section 1591 is that it only applies, and this Court's decision in Todd is the best place to look for this, it applies where a person will be caused to engage in a commercial sex act. And really, what sex trafficking is, as opposed to the distribution of pornography, which is covered by different sections of the Code, like 22, 52, and 51, that is what this Court said in Todd was people who make money out of settling the sexual services of human beings. It's horrific, but this is, again, distinct. And so here, there was no knowledge, certainly no knowledge by Reddit. So it would be sex trafficking if somebody posted it and said, hey, pay a fee, and then we'll give you access to these images. But I guess the irony is because these are just posted and freely available, that's not sex trafficking. It's not sex trafficking, Your Honor, and by plaintiff's theory, I just do want to— But it would be if they had to pay a fee. If somebody had to pay a fee to access it, that would be sex trafficking. I think if it were advertising sexual services, and there are some allegations in other cases where there are advertisements of someone's services, and then the platform— That's Backpage, right? Yes, exactly, Backpage, where that exists for that purpose. That website's whole purpose was to facilitate this knowingly. They were making it possible and easy, and that's just, again, worlds away from what we have here. And plaintiff's theory— I've got a question for you. Are you familiar with 2255? Which provision is that, Your Honor? That's in the section that deals with pornography. Are you familiar with that? I don't have it in front of me, not off the top of my head. It's the one that deals with if there's pornography on a website, a plaintiff can sue and actually recover if there's a physical injury. Are you familiar with that provision? It rings a bell, Your Honor. Okay, okay. And that's not an issue here. No, it's not, and that's part of my point, is that at one level there's just purely pornography, and I think that's at least where Reddit is. And then sex trafficking is another higher level of involvement. So I guess I'm curious about your take on distinguishing the two and where one begins and one ends. Well, I think they are distinguishable, and here plaintiff's theory of sex trafficking is any time a third party posts images of child pornography on a website, that website is liable for child pornography the minute it learns about that. And that, of course, is not what Section 51 says. That's not what FOSTA was intended to do. And the whole reason we come back to Section 230, it was intended to enable platforms to take content down by saying that, you know, you don't have to be perfect in every case and catch everything, and we're not going to hold you liable for that. We want to encourage platforms to do this very thing, to take this content down, and we're not going to hold you liable if you're missing some of it. Let me ask you another question, because the plaintiff's position also is that, you know, this is a very broad remedial statute for remedial purposes, and for that reason, and there's a line of cases that follow that. What's your response to that, that these are remedial statutes and that for the benefit of the plaintiffs that they should be strictly enforced? Well, a few points, Your Honor. First, the text is what governs above all else, and the plain text here we think is very clear and supports our position. Second, the broader statutory context is this was an amendment to Section 230, so if FOSTA was remedial, it was also enacted, though, with the equal purpose of preserving Section 230 and all of the reasons that underlie that. And lastly, we also, if we're going to look at things beyond the text, legislative history is devastating here, and I think, Judge Smith, you're exactly right. This is devastating. The version of the statute that they want to impose here, a negligence standard, was exactly the original version of the bill, which Congress rejected, and the original language said, nothing in the section shall be construed, and I'm quoting, to impair the enforcement or limit the application of Section 1595 full stop. And then what happened? Congress added the second clause, and they made very clear, and I'll go back to the language because I do want to address that briefly, that it would only be in the case where the conduct underlying the claim constitutes a violation of 1591. And plaintiffs in the district court, Your Honor, didn't even make a 1591 argument as applied to Reddit. They relegated it to a footnote. So I would argue that that is even waived here on appeal, but that's because they really can't come up with anything, and this case is just far afield from Afiare. It's far afield from Todd and all of those cases. Well, what we're really dealing with here, as I see it, is we got on the one side back page, and the use of the Internet, the web page to basically it's an advertising for prostitution and everything else. We're just using more modern conveniences. Then we got 230. Somewhere in between. The question is just how much knowledge does Reddit and people who are its agents have to have to trip BASTA? At least that's the way I look at it. As my colleagues have pointed out as well, there are other cases that suggest it's not an absolute line. What I'm struggling with here, of course, is that your opponent says that they were told like 500 times. They've got this stuff here and didn't get it. Sometimes they take it off and come right back on again. At what point do we get closer to back page than the original 230? Well, Your Honor, again, if a website is doing things to promote and facilitate this known open and notorious conduct like in back page, or there were some other cases even involving hotels, Your Honor. I want to go back to just regular 1595 liability. The 11th Circuit's decision in Red Roof Inns is exactly on point there. There were online reviews that mentioned sex trafficking. Again, there wasn't even the debate about whether pornography. That wasn't enough there, Your Honor. What about is your position that if they write you a letter and they say, hey, here's a subreddit. It's only dealing with child pornography. There's 100 posts. Every one of them is child pornography. And if you got that letter from them, and I'm not talking about a moderator, but this goes up to an employee and the employee says, thanks for letting us know, or worse, says, don't contact us anymore about this. We don't want to know anything about this. Is that enough to impose liability on Reddit under those facts? Your Honor, under Section 230 and FOSTA here, I don't think that it would be. But here I want to be very clear. I didn't see any allegations. I understand. I'm just trying to understand where my problem, I think I'm grappling with what Congress has set up here, which is not ñ I don't think it's well balanced, but Congress did what it did. And that's what I want to know is if those facts are alleged, your position is that's just not enough. Your Honor, I think the failure to take down content without more ñ It can never be enough, no matter what. Well, if it got to the point where it was just so many instances and there was more, there was just more, not just speculation, not the one letter, but something more showing a real pattern, a real ñ there might be, your Honor. I don't know where that line is. But I know that it's not mere negligence, and that's what plaintiff just said is the standard. I agree with that. But the question is at what point does this extend beyond negligence? And that's why I'm trying to come up with it. What would they have to allege in their complaint to get there? Because clearly they can at some point. I mean, if they had allegations similar to back pages, we would say notwithstanding 230, you've got a claim here. Well, your Honor, in the Craigslist case, that's another example that's not back page. But those are different allegations where there were allegations that the website actually blurred the images or provided a tool to help facilitate that. So that would be one. That's one example. If you were getting on and half-editing, you know, trying to hide the behavior, which is basically what Craigslist was allegedly doing, then that would be enough to state a claim. But there are no such allegations. I think so. Or if there were special advertising rules where you got more money, you had to pay more in order to post explicit content that was then blurred, then that would be a policy where there's some sort of – But failure to take down, I mean, is it a hard-line rule? Failure to take down – Without more. Failure to take down cannot impose liability. Without more, your Honor, yes, because that is – first of all, that is not sex trafficking here in the first place. So this is only for sex trafficking under 1591. It is not about pornography and taking down pornography. No, I understand. It is a terrible thing that there are people out there that use perfectly lawful websites where people are talking about the weather, finance, and everything else they use it for their terrible criminal ends. And that happens, and it's unfortunate. But, your Honor, this is, again, going back to the cases involving red-roof inns and even in the hotel situation, just merely – even merely seeing something – I think the court in the Sixth Circuit case in FBI said turning a blind eye. I was shocked at some of those cases. They knew – they were basically paying by the hour, and they saw people coming in. They saw little girls coming in. They saw people getting beat up. And the courts generally were saying that wasn't enough. What the plaintiffs have to allege here is that a person will be caused to engage in a commercial sex act, and that Reddit knew that, and that it participated in a venture. And what that means, to participate in a venture, that's the other piece of this. It means taking part in a common undertaking or enterprise involving potential risk or profit, and that was red-roof inns. And the D.C. Circuit's decision – it was then Judge Kavanaugh's decision in Pappadeno – and that's what the court in the GG case that we submitted in our 28J – it talks about that, too. That's the other element. And that is, again, even under 1595. That is under the negligence standard of 1595, not enough. So how can it be that it violates the criminal knowing provision of 1591? It doesn't come close. What we have is worlds away from that. Is it fair to say there is likely a point closer to back page where Reddit might have gotten into trouble, but we're not there? You just don't have employees involved. The fact that there were requests to take things down is not enough, and the case law backs that up. That's absolutely right, Your Honor, but this is, again, I think what Congress had in mind, and the text bears it out, was that there would be a narrow exception for criminally liable websites. Their whole reason for existing was sex trafficking, facilitating that knowingly. As a practical matter, if we interpret FOSTA the way you do, it would be very difficult for somebody under Iqbal and Twombly to actually plead something because they won't have discovery. Does that kind of take them out of the box there? Your Honor, I don't think so. In the case of back page, that was a situation where they could have pleaded, but FOSTA didn't exist yet, and there was some confusion in the courts. This Court's decisions on Section 230 and on these other issues, I think, make this answer pretty easy here, but it is certainly one that seven other judges, in addition to Judge Selma, have reached, and there are decisions that have talked about, again, the legislative history at length. Judge Gilliam's opinion is really excellent on that, and it talks about the legislative history and what Congress was trying to balance. These are complex policy questions, and Congress struck that balance, and it stopped short of imposing liability for negligence for simply a failure to take down enough, which Reddit did take down content. The complaint doesn't say that it never did. There's no pattern of any sort of conduct that comes close to anything like back page sex trafficking, let alone anything else. Do either of my colleagues have additional questions? All right, thank you very much. We're going to hear from your opponent for three minutes. Thank you. Thank you both. Thank you, Your Honor. First, I'd like to just respond to Your Honor's interest in the factual allegations here in this case and how they go so far beyond pure negligence. This is so much more than just a website failing to take down pornography. It's not someone acting in good faith and, oh, sorry, we missed that one, let us fix that. This is a website that knows, for this set of six plaintiffs, more than 500 times, they've been notified about the existence of child pornography. They've learned from the National Center for Missing and Exploited Children that the material is categorized as child pornography, and they're still not taking any action to prevent the material from being continually uploaded over and over again, and they're allowing advertising on these subreddits. Go ahead, go ahead. I think part of the problem is, I mean, they're in a tough position too. You've got a whack-a-mole problem here, and no matter how many times you take it down, you know, this is the Internet. It comes right back up. And so, I mean, that's part of the question is what do you need to allege? What we heard, and I'm not totally comfortable with, but is that, you know, just failure to take down of any nature can't be enough. But I'm not sure that that's really what's going on here is that they're just not taking it down at all. Right, and so let me address that, Your Honor. I think, first, it's not the case that you've got just a whack-a-mole problem and it's just impossible to manage because you have technologies available like photo DNA. What that does is when an image is identified as child pornography, you take a fingerprint of the image, if you will. You give it to the National Center on Missing and Exploited Children. They keep that in their database, and if you implement that technology, you're not able to then upload that photograph over and over again like Reddit does here. So it's really simple fixes that these companies could take into account to improve upon the situation or banning the trafficker's IP address. There are very simple measures they can take so that they can't keep loading these things over and over again. Just quickly, do you have any evidence that it was the same people who were constantly putting it back on Reddit? Yes, Your Honor. We're alleging throughout the complaint that it's the same trafficker in each instance who's continuing to upload the photos over and over again. And how frequently does that occur, that it's the same person? It's within minutes, Your Honor. And so for this pattern of conduct as Jane Doe's two through six, you have over 100 girls who were impacted by this same sex trafficker uploading these photos over and over again. Reddit finds out from NCMEC this is child pornography. They claim they're going to take it down. Even when they take it down, then the trafficker posts it minutes later, and we allege that in our complaint. I thought I read you arguing that you needed discovery to find out more information here. What do you expect discovery to show you? Well, for one thing, Your Honor, I think discovery is going to give us very clear insight into how Reddit was managing these volunteer moderators that it's intentionally put into place to try to manage the scope of their child pornography problem. Another thing is about the relationship between the moderators and the traffickers and the exchange of information, as well as a lot of information uniquely in Reddit's possession, things like people on Reddit's platform agreeing to exchange child pornography with one another and the extent to which that's occurring on these subreddits. All of these are facts that are uniquely within Reddit's possession. And to echo what I think Judge Smith was getting at when my friend on the other side was speaking, I don't see much more that a plaintiff could allege in this case. I mean, you've got 500 instances where they're ignoring what the plaintiffs have requested. And in a case like this, I would just ask that Your Honors do reverse the district court's decision because doing otherwise is just giving a green light to companies who are behaving like Reddit, who are benefiting financially from this child pornography and are going to continue to do so until the courts enforce Section 230E5A and Congress's mandate that this should no longer be permitted. Very well. Any other questions about my colleague? I'm all set. Thank you. Thanks to both counsel for your arguments. They've been excellent, very, very helpful in this challenging case. We, like you, wish that Congress drafted things beautifully, clearly, and everyone understood exactly what they meant, but we got what we got. Court stands adjourned. All rise. This court for this session stands adjourned.
judges: SMITH, NELSON, UNKNOWN